UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **SHAWNEEQUA POPE**, <br><br> Plaintiffs, <br><br> v. <br><br> **QUEST DIAGNOSTICS INCORPORATED**, <br><br> Defendant. | No. 4:23-CV-80 |

### JOINT MOTION FOR APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216, and Rule 41 of the Federal Rules of Civil Procedure, Shawneequa Pope ("Plaintiff") jointly with Quest Diagnostics Incorporated ("Defendant") (collectively, the "Parties" as appropriate), by and through their undersigned counsel, hereby move this Court to enter an Order approving the Parties' settlement agreement and dismissing with prejudice all claims in this matter. There is good cause for this motion as explained in the Parties' Memorandum in Support of this Motion which is being filed contemporaneously with this motion along with a proposed order.

| Dated: February 5, 2024 | Respectfully Submitted, |
|---|---|
| **SHAWNEEQUA POPE** | **QUEST DIAGNOSTICS INCORPORATED** |
| /s/ *James H. Shoemaker, Jr.* | /s/ *Jonathan M. Sumrell* |
| James H. Shoemaker, Jr., VSB #33148<br>Patten, Wornom, Hatten & Diamonstein, L.C.<br>12350 Jefferson Avenue, Suite 300<br>Newport News, Virginia 23602<br>Telephone: 757-223-4580<br>Facsimile: 757-249-3242<br>jshoemaker@pwhd.com<br>*Counsel for Plaintiff* | Jonathan M. Sumrell, VSB #79123<br>Hancock, Daniel, & Johnson, P.C.<br>4701 Cox Road, Suite 400<br>Glen Allen, Virginia 23060<br>Telephone: 804-967-9604<br>Facsimile: 804-967-9888<br>jsumrell@hancockdaniel.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the below parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

James H. Shoemaker, Jr.
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Ave, Suite 300
Newport News, 23602 USA
Telephone: (757) 223-4580
Fax: (757) 249-3242

                                      /s/ Jonathan M. Sumrell
                                      Kimberly W. Daniel, VSB #35616
                                      Jonathan M. Sumrell, VSB #79123
                                      Caitlin M. Parry, VSB #96463
                                      Hancock, Daniel, & Johnson, P.C.
                                      4701 Cox Road, Suite 400
                                      Glen Allen, VA 23060
                                      Telephone: (804) 967-9604
                                      Fax: (804) 967-9888
                                      kdaniel@hancockdaniel.com
                                      jsumrell@hancockdaniel.com
                                      cparry@hancockdaniel.com
                                      *Counsel for Quest Diagnostics Incorporated*